1  Stuart M. Richter (SBN 126231)
   stuart.richter@katten.com
2  Arron J. Pak (SBN 341572)
   arron.pak@katten.com
3  **KATTEN MUCHIN ROSENMAN LLP**
4  2121 Avenue of the Stars, Suite 1100
   Los Angeles, CA 90067-5010
5  Telephone:   310.788.4400
   Facsimile:    310.788.4471
6

7  *Attorneys for Plaintiff Kinecta Federal Credit Union*

8                    **UNITED STATES DISTRICT COURT**

9           **CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)**
10

11 | KINECTA FEDERAL CREDIT UNION, | Case No. 2:24-cv-02145-HDV-MRW |
   |---|---|
12 | Plaintiff, | Hon. Hernán D. Vera |
13 | v. | **JOINT NOTICE OF SETTLEMENT IN PRINCIPLE** |
14 | CUMIS INSURANCE SOCIETY, INC., an Iowa corporation; and DOES 1-10, | |
15 | | Complaint Filed: February 9, 2024 |
   | Defendants. | Case Removed: March 15, 2024 |
16

|   |   |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that plaintiff Kinecta Federal Credit Union ("Kinecta") and defendant CUMIS Insurance Society, Inc. ("CUMIS"), by and through their respective counsel, have reached a settlement in principle of all claims asserted by Kinecta against CUMIS in the Complaint. The parties are in the process of documenting the settlement and respectfully request that the Court stay the case and vacate all upcoming deadlines and hearings. The parties anticipate that documentation will be finalized and the dismissal will be filed within the next thirty (30) days. |

Respectfully submitted,

Dated: December 30, 2024       **KATTEN MUCHIN ROSENMAN LLP**

By: */s/ Stuart M. Richter*
Stuart M. Richter
Attorneys for Plaintiff
KINECTA FEDERAL CREDIT UNION

Respectfully submitted,

Dated: December 30, 2024       **FAEGRE DRINKER BIDDLE & REATH LLP**

By: */s/ John M. Moore* (with permission)
John M. Moore
Attorneys for Defendant
CUMIS INSURANCE SOCIETY, INC.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 30, 2024

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By: */s/ Stuart M. Richter*
Stuart M. Richter
Attorneys for Plaintiff
KINECTA FEDERAL CREDIT UNION