JOIE C. HAND (SBN 342325)
joie.hand@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: +1 310 203 4033
Facsimile: +1 310 229 1285

JASON P. GOSSELIN (*pro hac vice*)
jason.gosselin@faegredrinker.com
JOHN M. MOORE (*pro hac vice*)
john.moore@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, Pennsylvania 19013
Telephone: +1 215 988 2700
Facsimile: +1 215 988 2757

Attorneys for Defendant
CUMIS INSURANCE SOCIETY, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**(WESTERN DIVISION)**

| | |
|---|---|
| KINECTA FEDERAL CREDIT UNION,<br><br>Plaintiff,<br><br>v.<br><br>CUMIS INSURANCE SOCIETY, INC., an Iowa corporation; and DOES 1-10,<br><br>Defendants. | Case No. 2:24-cv-02145-HDV-MRW<br><br>(Superior Court of California, Los Angeles County Superior Court Case No. 24TRCV00478)<br><br>**STIPULATION OF DISMISSAL**<br><br>Complaint Filed: February 9, 2024<br>Case Removed: March 15, 2024 |

1  Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff, Kinecta Federal Credit Union, and Defendant, CUMIS Insurance Society, Inc., by and through their undersigned counsel, hereby stipulate to the dismissal of this action and all claims asserted therein, WITH PREJUDICE, and that each party bear its own costs.

Dated: February 5, 2025

Respectfully submitted,

KATTEN MUCHIN ROSENMAN LLP

By: /s/ Stuart M. Richter (with permission)
    Stuart M. Richter
    Arron J. Pak

Attorneys for Plaintiff
KINECTA FEDERAL CREDIT UNION


FAEGRE DRINKER BIDDLE & REATH LLP

By: /s/ John M. Moore
    Joie C. Hand
    Jason P. Gosselin *(pro hac vice)*
    John M. Moore *(pro hac vice)*

Attorneys for Defendant
CUMIS INSURANCE SOCIETY, INC.

1 | Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  February 5, 2025           Respectfully submitted,

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: */s/ John M. Moore*
John M. Moore
Attorneys for Defendant
CUMIS Insurance Society, Inc.